# Order

Michigan Supreme Court
Lansing, Michigan

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149390

KEVIN SMITH,
      Plaintiff-Appellant,

v

CITY OF FLINT,
      Defendant-Appellee.

SC: 149390
COA: 320437
Genesee CC: 13-100532-CZ

_____/

On order of the Court, the application for leave to appeal the April 28, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. On remand, we DIRECT the Court of Appeals to specifically address whether the plaintiff has stated a claim that he suffered discrimination regarding his terms, conditions, location, or privileges of employment.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

s1203